JAMES H. PORTER, Appellant, *v.* JAMES T. PORTER, et al.,
Respondents.

(Argued March 30, 1877; decided April 10, 1877.)

*Daniel D. Barnard*, for appellant.

*William Wickham*, for respondents.

Agree to affirm on opinion of TALCOTT, J., in court below;
and also on ground that there was no available exception.
All concur; no opinion.
Judgment affirmed.

---

WILLIAM M. GAWTRY, Respondent, *v.* JAMES CLARK,
Appellant.

(Submitted March 30, 1877; decided April 10, 1877.)

*C. W. Sandford*, for appellant.

*J. R. Hills*, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.